**THIS ORDER IS SIGNED AND ENTERED.**

Dated: February 8, 2016

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Case Number: 13-15635-7 |
| MARJORIE ELLEN GIBSON, | |
| Debtor. | |
| MARK MATHIAS, TRUSTEE, | |
| Plaintiff, | Adversary Number: 15-69 |
| v. | |
| THOMAS KRIESCHER and VICKY KRIESCHER, | |
| Defendants. | |

## ORDER AND JUDGMENT

The Court has today entered its decision in this adversary proceeding. Accordingly,

IT IS ORDERED that the Plaintiff's Motion for Summary Judgment is granted.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the judgment lien attached to the Debtor's real property commonly known as 1526 290th Street, Glenwood City, Wisconsin 54013, and legally described as:

> The NE ¼ of the SE ¼, of Section 17, Township 30 North, Range 15 West, Town of Glenwood, St. Croix County, Wisconsin; and The NE ¼ of the SE ¼, of Section 17, Township 30 North, Range 15 West, Town of Glenwood, St. Croix County, Wisconsin, EXCEPT 1 acre in the SE ¼ thereof; and One Square acre located in the SE corner of the SE ¼ of the SE ¼ of Section 17, Township 30 North, Range 15 West, Town of Glenwood City, St. Croix County, Wisconsin
>
> Parcel Nos. 016-1038-60-000, 016-1038-90-000, and 016-1038-95-000

is hereby avoided as a preferential transfer.

###